UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**UNITED STATES OF AMERICA**

v.                                                     Case No.  8:05-cr-208-T-24MSS

**MARISOL SARAH CORTEZ**
_____/

### ORDER CONTINUING DEFENDANT ON PROBATION

THIS CAUSE is before the Court on this 15th day of April, 2008, on a Petition to Revoke Probation. The Defendant, Marisol Sarah Cortez, appeared with Counsel, Assistant Federal Public Defender David Secular, and Robert Mosakowski, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the allegation in the Petition for Revocation of Probation. Based on the defendant's admission to the allegation in the Petition for Revocation of Probation, the Court finds that defendant has violated the terms of the Order of Probation entered on September 29, 2005.

It is, therefore, **ORDERED AND ADJUDGED**:

That the Order of Probation entered herein as to the above named defendant is hereby **REINSTATED** with the same terms and conditions of the Judgment entered on September 29, 2005.

DONE AND ORDERED at Tampa, Florida this __15th__ day of April, 2008.

WILLIAM J. CASTAGNA
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
    -U.S. Attorney's Office
    -Defense Counsel
    -U.S. Marshal
    -U.S. Probation